IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VANDY STOVALL                                                                                    PLAINTIFF

v.                                    Case No. 6:25-cv-6001

ROBERT B. DIXON                                                                              DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed February 28, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Ford recommends that this case be dismissed without prejudice for failure to comply with the Court's Local Rules and orders and for failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge